JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DOROTHY DAWNE LONGSWORTH,
Petitioner,
v.
PAM BONDI, et al.,
Respondents.

Case No. 5:26-cv-06326-SRM-JDE

**JUDGMENT**

Pursuant to the Court's Order granting Petitioner's Petition for Writ of Habeas Corpus, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus is **GRANTED**. Dkt. 1.

**IT IS SO ORDERED.**

Dated: November 6, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE